TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

OLVIN LEONEL CHAVARRIA MERCADO,

Petitioner,

v.

TODD BLANCHE, *et al.*

Respondents.

Case No. 2-26-cv-02863-GMN-MDC

**Joint Stipulation to Extend Time for Federal Respondents to File Their Notice Regarding Class Membership and Responses to Interrogatories Pursuant to the Court's Service and Appointment of Counsel Order (ECF No. 4)**

**FIRST REQUEST**

Federal Respondents and Petitioner, by and through their undersigned counsel, hereby submit this Stipulation for a two-day extension of time, up to and including **September 16, 2026**, for Federal Respondents to file their Notice Regarding Class Membership and Responses to Interrogatories pursuant to the Court's Service and Appointment of Counsel Order (ECF No. 4). Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file their Notice Regarding Class Membership and Responses to Interrogatories pursuant to the Court's Order (ECF No. 4)

/ / /

from September 14, 2026, to **September 16, 2026**. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 14th day of September 2026.

RENE L. VALLADARES
Federal Public Defender

/s/ Sylvia Irvin
SYLVIA IRVIN
Assistant Federal Public Defender
*Attorney for Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Tamer B. Botros
TAMER B. BOTROS
Assistant United States Attorney
*Attorney for Federal Respondents*

**DATED** this 16 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT